IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Melissa Marie Caldwell
                Debtor(s)

BK NO. 24-00927 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ *Michael Farrington*
                            Michael Farrington
                            23 Apr 2024, 15:00:51, EDT

                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322