IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Melissa M. Caldwell

Case No. 1:24-bk-00927-HWV
Chapter 13

MOTION TO EXTEND TIME
FOR FILING  ALL REMAINING DOCUMENTS

AND NOW, this 29th day of April, 2024, comes the above Debtor, by her counsel, CGA Law Firm, and files the within Motion averring that:

1.      The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2.      The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on April 15, 2024, to stop the shut-off of Debtor's electricity at her residence.

3.      Due to the expedited and hurried nature in which this petition was filed, the Debtor is still gathering additional documentation needed to complete her Chapter 13 Petition.

4.      The Debtors request an extension of thirty (30) days to file the requisite schedules.

WHEREFORE, the Debtor requests an extension of time of thirty (30) days in which to file all remaining documents to accompany her emergency bankruptcy petition.

Respectfully submitted,
CGA Law Firm


By: */s/ E. Haley Rohrbaugh*
       E. Haley Rohrbaugh, Esquire
       Sup. Ct. ID No. 323803
       135 N. George St. York, PA 17401
       Telephone: 717-848-4900
       (Counsel for Debtor)

{02439620/1}

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 29, 2024, a true and correct copy of the foregoing Motion to Extend Time  for all remaining documents was or will be sent to the following by CM  / ECF:


Office of the U.S. Trustee


Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee


                 */s/ E. Haley Rohrbaugh*_____
                 E. Haley Rohrbaugh, Esquire

{02439620/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Melissa M. Caldwell

Case No. 1:24-bk-00927-HWV
Chapter 13

## <u>ORDER GRANTING MOTION TO EXTEND TIME TO<br>FILE ALL REMAINING DOCUMENTS</u>

AND NOW, upon consideration of the Motion filed by the Debtor seeking to have the

time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be

extended an additional thirty (30 ) days.

BY THE COURT,

{02439620/1}