

| Employee Name | Person Number | | Payroll |
|---|---|---|---|
| Melissa Caldwell | 324872 | | WSH Biweekly |
| **Hire Date** | **Job Title** | | **Company Name** |
| 27-Apr-2015 | Patient Services Assistant I | | WellSpan Health |
| **Employee Address** | **Department** | | **Company Address** |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 28-Jan-2024 | 10-Feb-2024 | 16-Feb-2024 | 19.69 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,985.49 | 7,768.09 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 222.89 | 915.65 |
| Employee Tax Deductions | 284.55 | 1,090.30 |
| Voluntary Deductions | 26.99 | 107.96 |
| Net Payment | 1,451.06 | 5,629.18 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay | 0.00 | 145.63 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Overtime | 246.13 | 528.68 |
| Overtime Premium | 125.77 | 125.77 |
| Regular Wages | 1,575.20 | 6,389.41 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 38.39 | 145.71 |

### Earnings Detail

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Overtime | | | 12.50 | Hours | 19.69 | 1.00 | 246.13 |
| Overtime Premium | | | 0.50 | Hours | 20.08 | 0.50 | 5.02 |
| Overtime Premium | | | 12.00 | Hours | 20.13 | 0.50 | 120.75 |
| Regular Wages | | | 80.00 | Hours | 19.69 | 1.00 | 1,575.20 |
| Weekend Differential | | | 19.50 | Hours | 19.69 | 0.10 | 38.39 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Leave Entitlement Payment | 0.00 | 315.04 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay Hours Worked | 16.00 | 74.25 |
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Overtime Hours Worked | 12.50 | 39.25 |
| Overtime Premium Hours Worked | 12.50 | 12.50 |
| PTO Leave Entitlement Hours | 0.00 | 16.00 |
| Regular Wages Hours Worked | 80.00 | 324.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 12.00 |
| Weekend Differential Hours Worked | 19.50 | 74.00 |



## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 71.08 |
| Medical EE PreTax | 103.38 | 448.00 |
| RSP 403b EE Employees Contribution | 99.27 | 386.69 |
| Vision EE PreTax | 2.47 | 9.88 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 115.44 | 448.83 |
| FIT Withheld | 58.28 | 210.34 |
| Medicare Employee Withheld | 27.00 | 104.97 |
| SIT Withheld (PA) | 57.16 | 222.24 |
| SUI Employee Withheld (PA) | 1.40 | 5.44 |
| City Withheld (PA,York,York) | 23.27 | 90.48 |
| Head Tax Withheld (PA,York,York) | 2.00 | 8.00 |

## Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 30.48 |
| Supplemental Child Life (324872) | 0.74 | 2.96 |
| Supplemental Employee Life (324872) | 11.78 | 47.12 |
| Supplemental Spouse Life (324872) | 6.85 | 27.40 |

## Absence Accruals

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 16.00 |
| PTO | Hours | 206.96 |

## Employer Match

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 79.42 | 309.35 |
| RSP 403b EE Employers Contribution | 39.71 | 154.67 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 37404482 | WELLS FARGO BANK | 121000248 - WELLS FARGO BANK - NA | XXXXXXXXXXXXX5552 | USD | 1,451.06 |

## Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | 0 | 0.00 |



| Employee Name | Person Number | Payroll |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| Hire Date | Job Title | Company Name |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| Employee Address | Department | Company Address |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 11-Feb-2024 | 24-Feb-2024 | 1-Mar-2024 | 19.69 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,951.41 | 9,719.50 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 221.19 | 1,136.84 |
| Employee Tax Deductions | 276.54 | 1,366.84 |
| Voluntary Deductions | 36.99 | 144.95 |
| Net Payment | 1,416.69 | 7,045.87 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay | 25.00 | 170.63 |
| Charge Pay Retroactive | 20.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Overtime | 78.76 | 607.44 |
| Overtime Premium | 41.42 | 167.19 |
| Overtime Premium Retro Active | 2.31 | 2.31 |
| Regular Wages | 1,437.37 | 7,826.78 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 31.51 | 177.22 |

### Earnings Detail

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 20.00 | Hours | 1.25 | 1.00 | 25.00 |
| Overtime | | | 4.00 | Hours | 19.69 | 1.00 | 78.76 |
| Overtime Premium | | | 4.00 | Hours | 20.71 | 0.50 | 41.42 |
| PTO Leave Entitlement Earnings Results | | | 16.00 | Hours | 19.69 | 1.00 | 315.04 |
| Regular Wages | | | 73.00 | Hours | 19.69 | 1.00 | 1,437.37 |
| Weekend Differential | | | 16.00 | Hours | 19.69 | 0.10 | 31.51 |
| Charge Pay Retro Results | 2024-01-28 | 2024-02-10 | 16.00 | Hours | 1.25 | 1.00 | 20.00 |
| Overtime Premium Retro Results | 2024-01-28 | 2024-02-10 | -12.00 | Hours | 20.13 | 0.50 | -120.75 |
| Overtime Premium Retro Results | 2024-01-28 | 2024-02-10 | 12.00 | Hours | 20.51 | 0.50 | 123.06 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Leave Entitlement Payment | 315.04 | 630.08 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|


| Charge Pay Hours Worked | 20.00 | 94.25 |
|---|---|---|
| Charge Pay Hours Worked Retro | 16.00 | 16.00 |
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Overtime Hours Worked | 4.00 | 43.25 |
| Overtime Premium Hours Worked | 4.00 | 16.50 |
| PTO Leave Entitlement Hours | 16.00 | 32.00 |
| Regular Wages Hours Worked | 73.00 | 397.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 12.00 |
| Weekend Differential Hours Worked | 16.00 | 90.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 88.85 |
| Medical EE PreTax | 103.38 | 551.38 |
| RSP 403b EE Employees Contribution | 97.57 | 484.26 |
| Vision EE PreTax | 2.47 | 12.35 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 113.32 | 562.15 |
| FIT Withheld | 54.40 | 264.74 |
| Medicare Employee Withheld | 26.50 | 131.47 |
| SIT Withheld (PA) | 56.11 | 278.35 |
| SUI Employee Withheld (PA) | 1.36 | 6.80 |
| City Withheld (PA,York,York) | 22.85 | 113.33 |
| Head Tax Withheld (PA,York,York) | 2.00 | 10.00 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 38.10 |
| Supplemental Child Life (324872) | 0.74 | 3.70 |
| Supplemental Employee Life (324872) | 11.78 | 58.90 |
| Supplemental Spouse Life (324872) | 6.85 | 34.25 |
| YH Uniform Auxillary Fund Sale (20240224) | 10.00 | 10.00 |

### Absence Accruals

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 16.00 |
| PTO | Hours | 198.35 |

### Employer Match

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 78.06 | 387.41 |
| RSP 403b EE Employers Contribution | 39.03 | 193.70 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 63232621 | WELLS FARGO BANK | 121000248 - WELLS FARGO BANK - NA | XXXXXXXXXXXXX5552 | USD | 1,416.69 |



| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



| Employee Name | Person Number | Payroll |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 25-Feb-2024 | 9-Mar-2024 | 15-Mar-2024 | 19.69 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,949.28 | 11,668.78 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 221.08 | 1,357.92 |
| Employee Tax Deductions | 276.05 | 1,642.89 |
| Voluntary Deductions | 36.99 | 181.94 |
| Net Payment | 1,415.16 | 8,461.03 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay | 25.00 | 195.63 |
| Charge Pay Retroactive | 0.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Overtime | 123.07 | 730.51 |
| Overtime Premium | 63.56 | 230.75 |
| Overtime Premium Retro Active | 0.00 | 2.31 |
| Regular Wages | 1,575.20 | 9,401.98 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 29.54 | 206.76 |

### Earnings Detail

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 20.00 | Hours | 1.25 | 1.00 | 25.00 |
| Holiday Leave Entitlement Earnings Results | | | 6.75 | Hours | 19.69 | 1.00 | 132.91 |
| Overtime | | | 6.25 | Hours | 19.69 | 1.00 | 123.07 |
| Overtime Premium | | | 1.75 | Hours | 20.28 | 0.50 | 17.75 |
| Overtime Premium | | | 4.50 | Hours | 20.36 | 0.50 | 45.81 |
| Regular Wages | | | 80.00 | Hours | 19.69 | 1.00 | 1,575.20 |
| Weekend Differential | | | 15.00 | Hours | 19.69 | 0.10 | 29.54 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Payment | 132.91 | 132.91 |
| PTO Leave Entitlement Payment | 0.00 | 630.08 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay Hours Worked | 20.00 | 114.25 |
| Charge Pay Hours Worked Retro | 0.00 | 16.00 |



| | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Hours | 6.75 | 6.75 |
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Overtime Hours Worked | 6.25 | 49.50 |
| Overtime Premium Hours Worked | 6.25 | 22.75 |
| PTO Leave Entitlement Hours | 0.00 | 32.00 |
| Regular Wages Hours Worked | 80.00 | 477.50 |
| Unpaid Hours - No Accrual Hours Worked | 4.00 | 16.00 |
| Weekend Differential Hours Worked | 15.00 | 105.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 106.62 |
| Medical EE PreTax | 103.38 | 654.76 |
| RSP 403b EE Employees Contribution | 97.46 | 581.72 |
| Vision EE PreTax | 2.47 | 14.82 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 113.19 | 675.34 |
| FIT Withheld | 54.15 | 318.89 |
| Medicare Employee Withheld | 26.47 | 157.94 |
| SIT Withheld (PA) | 56.05 | 334.40 |
| SUI Employee Withheld (PA) | 1.37 | 8.17 |
| City Withheld (PA,York,York) | 22.82 | 136.15 |
| Head Tax Withheld (PA,York,York) | 2.00 | 12.00 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 45.72 |
| Supplemental Child Life (324872) | 0.74 | 4.44 |
| Supplemental Employee Life (324872) | 11.78 | 70.68 |
| Supplemental Spouse Life (324872) | 6.85 | 41.10 |
| YH Uniform Auxillary Fund Sale (20240224) | 10.00 | 20.00 |

### Absence Accruals

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 9.25 |
| PTO | Hours | 205.74 |

### Employer Match

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 77.97 | 465.38 |
| RSP 403B EE Employers Contribution | 38.99 | 232.69 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 88295539 | WELLS FARGO BANK | 121000248 - WELLS FARGO BANK - NA | XXXXXXXXXXXX5552 | USD | 1,415.16 |



| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



**Payslip**

| Employee Name | Person Number | Payroll |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| Hire Date | Job Title | Company Name |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| Employee Address | Department | Company Address |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 10-Mar-2024 | 23-Mar-2024 | 29-Mar-2024 | 19.69 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,030.47 | 13,699.25 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 225.14 | 1,583.06 |
| Employee Tax Deductions | 295.08 | 1,937.97 |
| Voluntary Deductions | 36.99 | 218.93 |
| Net Payment | 1,473.26 | 9,934.29 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay | 35.00 | 230.63 |
| Charge Pay Retroactive | 0.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Overtime | 241.20 | 971.71 |
| Overtime Premium | 124.92 | 355.67 |
| Overtime Premium Retro Active | 0.00 | 2.31 |
| Regular Wages | 1,575.20 | 10,977.18 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 29.54 | 236.30 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 28.00 | Hours | 1.25 | 1.00 | 35.00 |
| Holiday Leave Entitlement Earnings Results | | | 1.25 | Hours | 19.69 | 1.00 | 24.61 |
| Overtime | | | 12.25 | Hours | 19.69 | 1.00 | 241.20 |
| Overtime Premium | | | 4.00 | Hours | 20.37 | 0.50 | 40.73 |
| Overtime Premium | | | 8.25 | Hours | 20.41 | 0.50 | 84.19 |
| Regular Wages | | | 80.00 | Hours | 19.69 | 1.00 | 1,575.20 |
| Weekend Differential | | | 15.00 | Hours | 19.69 | 0.10 | 29.54 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Payment | 24.61 | 157.52 |
| PTO Leave Entitlement Payment | 0.00 | 630.08 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay Hours Worked | 28.00 | 142.25 |
| Charge Pay Hours Worked Retro | 0.00 | 16.00 |



| | | |
|---|---|---|
| Holiday Leave Entitlement Hours | 1.25 | 8.00 |
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Overtime Hours Worked | 12.25 | 61.75 |
| Overtime Premium Hours Worked | 12.25 | 35.00 |
| PTO Leave Entitlement Hours | 0.00 | 32.00 |
| Regular Wages Hours Worked | 80.00 | 557.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 16.00 |
| Unpaid Hours - No Accrual Hours Worked Retro | -4.00 | -4.00 |
| Unpaid Leave Entitlement Retro Hours | 4.00 | 4.00 |
| Weekend Differential Hours Worked | 15.00 | 120.00 |

### Pretax Deductions
| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 124.39 |
| Medical EE PreTax | 103.38 | 758.14 |
| RSP 403b EE Employees Contribution | 101.52 | 683.24 |
| Vision EE PreTax | 2.47 | 17.29 |

### Tax Deductions
| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 118.22 | 793.56 |
| FIT Withheld | 63.41 | 382.30 |
| Medicare Employee Withheld | 27.65 | 185.59 |
| SIT Withheld (PA) | 58.54 | 392.94 |
| SUI Employee Withheld (PA) | 1.42 | 9.59 |
| City Withheld (PA,York,York) | 23.84 | 159.99 |
| Head Tax Withheld (PA,York,York) | 2.00 | 14.00 |

### Other Deductions
| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 53.34 |
| Supplemental Child Life (324872) | 0.74 | 5.18 |
| Supplemental Employee Life (324872) | 11.78 | 82.46 |
| Supplemental Spouse Life (324872) | 6.85 | 47.95 |
| YH Uniform Auxillary Fund Sale (20240224) | 10.00 | 30.00 |

### Absence Accruals
| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 8.00 |
| PTO | Hours | 213.14 |

### Employer Match
| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 81.22 | 546.60 |
| RSP 403b EE Employers Contribution | 40.61 | 273.30 |

### Net Pay Distribution
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 108257574 | WELLS FARGO BANK | 121000248 - WELLS FARGO | 32587895979715552 | USD | 1,473.26 |



**Payslip**

| | | BANK - NA | | | |
|---|---|---|---|---|---|

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



| **Payslip** | | **Page: 1 of 3** |
|---|---|---|

| **Employee Name** | **Person Number** | **Payroll** |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | PO Box 2767<br>York, PA 17405<br>US |

| **Period Type** | **Period Start Date** | **Period End Date** | **Payment Date** | **Pay Rate** |
|---|---|---|---|---|
| Biweekly | 24-Mar-2024 | 6-Apr-2024 | 12-Apr-2024 | 19.69 |

| **Summary** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,102.30 | 15,801.55 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 228.74 | 1,811.80 |
| Employee Tax Deductions | 311.92 | 2,249.89 |
| Voluntary Deductions | 26.99 | 245.92 |
| Net Payment | 1,534.65 | 11,468.94 |

| **Earnings Summary** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Charge Pay | 40.00 | 270.63 |
| Charge Pay Retroactive | 0.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Meeting | 19.69 | 19.69 |
| Overtime | 196.90 | 1,168.61 |
| Overtime Premium | 102.16 | 457.83 |
| Overtime Premium Retro Active | 0.00 | 2.31 |
| Regular Wages | 1,555.51 | 12,532.69 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 30.52 | 266.82 |

| **Earnings Detail** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Multiple** | **Amount** |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 32.00 | Hours | 1.25 | 1.00 | 40.00 |
| Holiday Leave Entitlement Earnings Results | | | 8.00 | Hours | 19.69 | 1.00 | 157.52 |
| Meeting | | | 1.00 | Hours | 19.69 | 1.00 | 19.69 |
| Overtime | | | 10.00 | Hours | 19.69 | 1.00 | 196.90 |
| Overtime Premium | | | 9.00 | Hours | 20.42 | 0.50 | 91.89 |
| Overtime Premium | | | 1.00 | Hours | 20.54 | 0.50 | 10.27 |
| Regular Wages | | | 79.00 | Hours | 19.69 | 1.00 | 1,555.51 |
| Weekend Differential | | | 15.50 | Hours | 19.69 | 0.10 | 30.52 |

| **Absences** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Leave Entitlement Payment | 157.52 | 315.04 |
| PTO Leave Entitlement Payment | 0.00 | 630.08 |

| **Hours Summary** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |



| | | | |
|---|---|---:|---:|
| Charge Pay Hours Worked | | 32.00 | 174.25 |
| Charge Pay Hours Worked Retro | | 0.00 | 16.00 |
| Holiday Leave Entitlement Hours | | 8.00 | 16.00 |
| Holiday Worked Changed Hours Worked | | 0.00 | 8.50 |
| Meeting Hours Worked | | 1.00 | 1.00 |
| Overtime Hours Worked | | 10.00 | 71.75 |
| Overtime Premium Hours Worked | | 10.00 | 45.00 |
| PTO Leave Entitlement Hours | | 0.00 | 32.00 |
| Regular Wages Hours Worked | | 79.00 | 636.50 |
| Unpaid Hours - No Accrual Hours Worked | | 0.00 | 16.00 |
| Unpaid Hours - No Accrual Hours Worked Retro | | 0.00 | -4.00 |
| Unpaid Leave Entitlement Retro Hours | | 0.00 | 4.00 |
| Weekend Differential Hours Worked | | 15.50 | 135.50 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dental EE PreTax | 17.77 | 142.16 |
| Medical EE PreTax | 103.38 | 861.52 |
| RSP 403b EE Employees Contribution | 105.12 | 788.36 |
| Vision EE PreTax | 2.47 | 19.76 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Social Security Employee Withheld | 122.68 | 916.24 |
| FIT Withheld | 71.60 | 453.90 |
| Medicare Employee Withheld | 28.69 | 214.28 |
| SIT Withheld (PA) | 60.75 | 453.69 |
| SUI Employee Withheld (PA) | 1.47 | 11.06 |
| City Withheld (PA,York,York) | 24.73 | 184.72 |
| Head Tax Withheld (PA,York,York) | 2.00 | 16.00 |

### Other Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Legal (324872) | 7.62 | 60.96 |
| Supplemental Child Life (324872) | 0.74 | 5.92 |
| Supplemental Employee Life (324872) | 11.78 | 94.24 |
| Supplemental Spouse Life (324872) | 6.85 | 54.80 |
| YH Uniform Auxiliary Fund Sale (20240224) | 0.00 | 30.00 |

### Absence Accruals

| Description | Unit of Measure | Balance |
|---|---|---:|
| HOL | Hours | 48.00 |
| PTO | Hours | 227.92 |

### Employer Match

| Description | Current | Year to Date |
|---|---:|---:|
| RSP 403B ER Base Employers Contribution | 84.09 | 630.69 |
| RSP 403B EE Employers Contribution | 42.05 | 315.35 |

### Net Pay Distribution

| Check/Deposit | Bank Name | Branch Name | Account Number | Currency | Payment |
|---|---|---|---|---|---|


| Number | | | | | Amount |
|---|---|---|---|---|---|
| 128334276 | WELLS FARGO BANK | 121000248 - WELLS FARGO BANK - NA | 32587895979715552 | USD | 1,534.65 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



**WELLSPAN HEALTH**

| Employee Name | Person Number | Payroll |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| Hire Date | Job Title | Company Name |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| Employee Address | Department | Company Address |
| 596 Green Valley Rd York, PA 17403 US | 9003-90807 SS Ptnt Access - Ptnt Access York ED | PO Box 2767 York, PA 17405 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 7-Apr-2024 | 20-Apr-2024 | 26-Apr-2024 | 19.69 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,778.60 | 17,580.15 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 212.55 | 2,024.35 |
| Employee Tax Deductions | 236.06 | 2,485.95 |
| Voluntary Deductions | 26.99 | 272.91 |
| Net Payment | 1,303.00 | 12,771.94 |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay | 30.00 | 300.63 |
| Charge Pay Retroactive | 0.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Meeting | 0.00 | 19.69 |
| Overtime | 88.61 | 1,257.22 |
| Overtime Premium | 46.40 | 504.23 |
| Overtime Premium Retro Active | 0.00 | 2.31 |
| Regular Wages | 1,575.20 | 14,107.89 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 38.39 | 305.21 |

### Earnings Detail

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 24.00 | Hours | 1.25 | 1.00 | 30.00 |
| Overtime | | | 4.50 | Hours | 19.69 | 1.00 | 88.61 |
| Overtime Premium | | | 0.50 | Hours | 20.33 | 0.50 | 5.08 |
| Overtime Premium | | | 4.00 | Hours | 20.66 | 0.50 | 41.32 |
| Regular Wages | | | 80.00 | Hours | 19.69 | 1.00 | 1,575.20 |
| Weekend Differential | | | 19.50 | Hours | 19.69 | 0.10 | 38.39 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Payment | 0.00 | 315.04 |
| PTO Leave Entitlement Payment | 0.00 | 630.08 |

### Hours Summary

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay Hours Worked | 24.00 | 198.25 |
| Charge Pay Hours Worked Retro | 0.00 | 16.00 |
| Holiday Leave Entitlement Hours | 0.00 | 16.00 |



| | | |
|---|---|---|
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Meeting Hours Worked | 0.00 | 1.00 |
| Overtime Hours Worked | 4.50 | 76.25 |
| Overtime Premium Hours Worked | 4.50 | 49.50 |
| PTO Leave Entitlement Hours | 0.00 | 32.00 |
| Regular Wages Hours Worked | 80.00 | 716.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 16.00 |
| Unpaid Hours - No Accrual Hours Worked Retro | 0.00 | -4.00 |
| Unpaid Leave Entitlement Retro Hours | 0.00 | 4.00 |
| Weekend Differential Hours Worked | 19.50 | 155.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 159.93 |
| Medical EE PreTax | 103.38 | 964.90 |
| RSP 403b EE Employees Contribution | 88.93 | 877.29 |
| Vision EE PreTax | 2.47 | 22.23 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 102.61 | 1,018.85 |
| FIT Withheld | 34.70 | 488.60 |
| Medicare Employee Withheld | 24.00 | 238.28 |
| SIT Withheld (PA) | 50.81 | 504.50 |
| SUI Employee Withheld (PA) | 1.25 | 12.31 |
| City Withheld (PA,York,York) | 20.69 | 205.41 |
| Head Tax Withheld (PA,York,York) | 2.00 | 18.00 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 68.58 |
| Supplemental Child Life (324872) | 0.74 | 6.66 |
| Supplemental Employee Life (324872) | 11.78 | 106.02 |
| Supplemental Spouse Life (324872) | 6.85 | 61.65 |
| YH Uniform Auxillary Fund Sale (20240224) | 0.00 | 30.00 |

### Absence Accruals

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 48.00 |
| PTO | Hours | 235.31 |

### Employer Match

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 71.14 | 701.83 |
| RSP 403b EE Employers Contribution | 35.57 | 350.92 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 148243182 | WELLS FARGO BANK | 121000248 - WELLS FARGO | XXXXXXXXXXXX5552 | USD | 1,303.00 |



WELLSPAN®
HEALTH

**Payslip**

| | | BANK - NA | | | |
|---|---|---|---|---|---|

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



WELLSPAN HEALTH

**Payslip**

| Employee Name | Person Number | Payroll |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 21-Apr-2024 | 4-May-2024 | 10-May-2024 | 19.69 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,244.66 | 19,824.81 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 235.85 | 2,260.20 |
| Employee Tax Deductions | 345.29 | 2,831.24 |
| Voluntary Deductions | 26.99 | 299.90 |
| Net Payment | 1,636.53 | 14,408.47 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Charge Pay | 15.00 | 315.63 |
| Charge Pay Retroactive | 0.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Meeting | 0.00 | 19.69 |
| Overtime | 413.49 | 1,670.71 |
| Overtime Premium | 211.43 | 715.66 |
| Overtime Premium Retro Active | 0.00 | 2.31 |
| Regular Wages | 1,575.20 | 15,683.09 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 29.54 | 334.75 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 12.00 | Hours | 1.25 | 1.00 | 15.00 |
| Overtime | | | 21.00 | Hours | 19.69 | 1.00 | 413.49 |
| Overtime Premium | | | 8.00 | Hours | 20.10 | 0.50 | 80.41 |
| Overtime Premium | | | 13.00 | Hours | 20.16 | 0.50 | 131.02 |
| Regular Wages | | | 80.00 | Hours | 19.69 | 1.00 | 1,575.20 |
| Weekend Differential | | | 15.00 | Hours | 19.69 | 0.10 | 29.54 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Leave Entitlement Payment | 0.00 | 315.04 |
| PTO Leave Entitlement Payment | 0.00 | 630.08 |

| Hours Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Charge Pay Hours Worked | 12.00 | 210.25 |
| Charge Pay Hours Worked Retro | 0.00 | 16.00 |
| Holiday Leave Entitlement Hours | 0.00 | 16.00 |



**Payslip**

| | | |
|---|---|---|
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Meeting Hours Worked | 0.00 | 1.00 |
| Overtime Hours Worked | 21.00 | 97.25 |
| Overtime Premium Hours Worked | 21.00 | 70.50 |
| PTO Leave Entitlement Hours | 0.00 | 32.00 |
| Regular Wages Hours Worked | 80.00 | 796.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 16.00 |
| Unpaid Hours - No Accrual Hours Worked Retro | 0.00 | -4.00 |
| Unpaid Leave Entitlement Retro Hours | 0.00 | 4.00 |
| Weekend Differential Hours Worked | 15.00 | 170.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 177.70 |
| Medical EE PreTax | 103.38 | 1,068.28 |
| RSP 403b EE Employees Contribution | 112.23 | 989.52 |
| Vision EE PreTax | 2.47 | 24.70 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 131.51 | 1,150.36 |
| FIT Withheld | 87.83 | 576.43 |
| Medicare Employee Withheld | 30.75 | 269.03 |
| SIT Withheld (PA) | 65.12 | 569.62 |
| SUI Employee Withheld (PA) | 1.57 | 13.88 |
| City Withheld (PA,York,York) | 26.51 | 231.92 |
| Head Tax Withheld (PA,York,York) | 2.00 | 20.00 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 76.20 |
| Supplemental Child Life (324872) | 0.74 | 7.40 |
| Supplemental Employee Life (324872) | 11.78 | 117.80 |
| Supplemental Spouse Life (324872) | 6.85 | 68.50 |
| YH Uniform Auxillary Fund Sale (20240224) | 0.00 | 30.00 |

### Absence Accruals

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 48.00 |
| PTO | Hours | 240.00 |

### Employer Match

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 89.79 | 791.62 |
| RSP 403b EE Employers Contribution | 44.89 | 395.81 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 170337171 | WELLS FARGO BANK | 121000248 - WELLS FARGO | XXXXXXXXXXXXX5552 | USD | 1,636.53 |



| | | BANK - NA | | | |
|---|---|---|---|---|---|

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Married filing jointly or Qualifying widow(er) | | **2,000.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | 0.00 |



**Payslip**

| Employee Name | Person Number | Payroll |
|---|---|---|
| Melissa Caldwell | 324872 | WSH Biweekly |
| Hire Date | Job Title | Company Name |
| 27-Apr-2015 | Patient Services Assistant I | WellSpan Health |
| Employee Address | Department | Company Address |
| 596 Green Valley Rd<br>York, PA 17403<br>US | 9003-90807 SS Ptnt Access - Ptnt Access<br>York ED | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 5-May-2024 | 18-May-2024 | 24-May-2024 | 19.69 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,850.37 | 21,675.18 |
| Imputed Earnings | 0.00 | 25.00 |
| Pretax Deductions | 216.14 | 2,476.34 |
| Employee Tax Deductions | 252.85 | 3,084.09 |
| Voluntary Deductions | 26.99 | 326.89 |
| Net Payment | 1,354.39 | 15,762.86 |

**Earnings Summary**

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay | 25.00 | 340.63 |
| Charge Pay Retroactive | 0.00 | 20.00 |
| Gift Certificate Taxable | 0.00 | 25.00 |
| Holiday Worked Changed | 0.00 | 83.68 |
| Meeting | 0.00 | 19.69 |
| Overtime | 93.53 | 1,764.24 |
| Overtime Premium | 48.34 | 764.00 |
| Overtime Premium Retro Active | 0.00 | 2.31 |
| Regular Wages | 1,575.20 | 17,258.29 |
| Tax Reimb Gross Up | 0.00 | 9.17 |
| Weekend Differential | 29.54 | 364.29 |

**Earnings Detail**

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Charge Pay | | | 20.00 | Hours | 1.25 | 1.00 | 25.00 |
| Overtime | | | 4.75 | Hours | 19.69 | 1.00 | 93.53 |
| Overtime Premium | | | 4.75 | Hours | 20.36 | 0.50 | 48.34 |
| PTO Leave Entitlement Earnings Results | | | 4.00 | Hours | 19.69 | 1.00 | 78.76 |
| Regular Wages | | | 80.00 | Hours | 19.69 | 1.00 | 1,575.20 |
| Weekend Differential | | | 15.00 | Hours | 19.69 | 0.10 | 29.54 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Payment | 0.00 | 315.04 |
| PTO Leave Entitlement Payment | 78.76 | 708.84 |

**Hours Summary**

| Description | Current | Year to Date |
|---|---|---|
| Charge Pay Hours Worked | 20.00 | 230.25 |
| Charge Pay Hours Worked Retro | 0.00 | 16.00 |



| | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Hours | 0.00 | 16.00 |
| Holiday Worked Changed Hours Worked | 0.00 | 8.50 |
| Meeting Hours Worked | 0.00 | 1.00 |
| Overtime Hours Worked | 4.75 | 102.00 |
| Overtime Premium Hours Worked | 4.75 | 75.25 |
| PTO Leave Entitlement Hours | 4.00 | 36.00 |
| Regular Wages Hours Worked | 80.00 | 876.50 |
| Unpaid Hours - No Accrual Hours Worked | 0.00 | 16.00 |
| Unpaid Hours - No Accrual Hours Worked Retro | 0.00 | -4.00 |
| Unpaid Leave Entitlement Retro Hours | 0.00 | 4.00 |
| Weekend Differential Hours Worked | 15.00 | 185.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 195.47 |
| Medical EE PreTax | 103.38 | 1,171.66 |
| RSP 403b EE Employees Contribution | 92.52 | 1,082.04 |
| Vision EE PreTax | 2.47 | 27.17 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 107.05 | 1,257.41 |
| FIT Withheld | 42.88 | 619.31 |
| Medicare Employee Withheld | 25.04 | 294.07 |
| SIT Withheld (PA) | 53.01 | 622.63 |
| SUI Employee Withheld (PA) | 1.29 | 15.17 |
| City Withheld (PA,York,York) | 21.58 | 253.50 |
| Head Tax Withheld (PA,York,York) | 2.00 | 22.00 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Legal (324872) | 7.62 | 83.82 |
| Supplemental Child Life (324872) | 0.74 | 8.14 |
| Supplemental Employee Life (324872) | 11.78 | 129.58 |
| Supplemental Spouse Life (324872) | 6.85 | 75.35 |
| YH Uniform Auxillary Fund Sale (20240224) | 0.00 | 30.00 |

**Absence Accruals**

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 48.00 |
| PTO | Hours | 240.00 |

**Employer Match**

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 74.01 | 865.63 |
| RSP 403b EE Employers Contribution | 37.01 | 432.82 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 192348668 | WELLS FARGO | 121000248 - | XXXXXXXXXXXXX5552 | USD | 1,354.39 |



| | BANK | WELLS FARGO BANK - NA | | | |
|---|---|---|---|---|---|

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 2,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | 0.00 |