UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|   MELISSA MARIE CALDWELL | : |
|     Debtor | : CHAPTER 13 |
| | : |
|   JACK N. ZAHAROPOULOS | : |
|   STANDING CHAPTER 13 TRUSTEE | : |
|     Movant | : |
| | : |
|   MELISSA MARIE CALDWELL | : CASE NO. 5-24-bk-02336 |
|     Respondent | : |

## TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 10th day of February 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.
   b. The Plan fails to provide that the sale or refinance of Debtor(s) real estate will occur within six (6) months.
      i. The Plan is ambiguous as to the Term.

2. Debtor has not demonstrated that all tax returns have been filed as required by §1325(a)(9), specifically, 2022 federal taxes have not been filed.

3. The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan. The Plan was not served at all.

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s) Plan.
   b. Dismiss or convert Debtor(s) case.
   c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY: /s/ Douglas R. Roeder
    Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 10th day of February 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA    17401-

                                        /s/Tammy Life
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee