IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
|    Melissa M. Caldwell | |
| | Chapter 13 |
|                                  Debtor | |
| | Case No. 1:24-00927-HWV |
| Credit Acceptance Corporation | |
|                               Movant | |
| | Answer to |
|            v. | Motion for Relief from Stay |
| Melissa M. Caldwell | |
| and | |
| Jack N. Zaharopoulos, Trustee, | |
|                          Respondents | |

## DEBTOR'S REPLY TO MOTION
## OF CREDIT ACCEPTANCE CORPORATION

AND NOW, this 19th day of May, 2025, comes the respondent, Melissa M. Caldwell, by and through her counsel, the CGA Law Firm, E. Haley Rohrbaugh, Esquire, and does file the within response averring that:

1. Admitted.

2. Denied.

3 Denied. The exhibit speaks for itself.

4. The document speaks for itself.

5. It is admitted that the Debtor has failed to make certain post-petition mortgage payments because of some financial difficulties. However, the Debtor filed an Amended Chapter 13 Plan on May 13, 2025, which cures post-petition payments.

WHEREFORE, it is requested that the relief sought by Credit Acceptance Corporation be denied.

Respectfully submitted,
CGA Law Firm


/s/E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire
Sup. Ct. I.D. No. 323803
Counsel for Debtors
135 North George Street
York, PA 17401
(717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I IN RE: | : | |
| Melissa M. Caldwell | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Case No. 1:24-00927-HWV |
| | : | |
| Credit Acceptance Corporation | : | |
| | : | |
| Movant | : | |
| | : | Answer to |
| v. | : | Motion for Relief from Stay |
| | : | |
| Melissa M. Caldwell | : | |
| and | : | |
| Jack N. Zaharopoulos, Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, service upon all interested parties indicated below was made by sending a true and correct copy of the Answer to Motion for Relief, by ECF and/or regular US Mail, postage prepaid, upon:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway, North #200
Cherry Hill, NJ 08034

/s/E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire