UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MELISSA MARIE CALDWELL | Chapter 13 |
| Debtor(s) | Case No.: 1:24-bk-00927-HWV |
| CREDIT ACCEPTANCE CORPORATION Plaintiff(s)/Movant(s), vs. | Nature of Proceeding: Motion For Stay Relief |
| MELISSA MARIE CALDWELL | Document #: 51 |
| Defendant(s)/Respondent(s) | |

## REQUEST TO REMOVE MATTER FROM HEARING/TRIAL LIST

**CHECK ONE:**

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 6/16/25

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Credit Acceptance Corporation