UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    MELISSA MARIE CALDWELL, : CHAPTER 13
        Debtor(s) :
     :
    JACK N. ZAHAROPOULOS, :
    CHAPTER 13 TRUSTEE, :
        Movant :
     :
    vs. :
     :
    MELISSA MARIE CALDWELL, :
        Respondent(s) : CASE NO. 1:24-bk-00927-HWV

## TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

    AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

    1.    Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

        a.  Insufficient Monthly Net Income as indicated on Schedules I and J.
        b.  Plan ambiguous as to the base amount. The total of payments listed in the Plan is $40,744.00, not $41,211.35.

    2.    Debtor(s) has/have not demonstrated that all tax returns have been filed as required by § 1325(a)(9). Debtor has not filed her 2022 Federal Income Tax return.

    3.    Trustee provides notice to the Court as to the ineffectiveness of Debtor(s)' Chapter 13 Plan for the following reason(s):

        a.  It is unclear what amount of arrears, if any, is being paid to U.S. Bank (Claim #11) via the Plan.

    4.    The Plan attempts to cramdown a governmental lien, which may only be done via motion or claim objection, pursuant to Rule 3012(c).

    5.    The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2.E. and 2.G. of the Plan.

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

    a. deny confirmation of Debtor(s)' Plan;
    b. dismiss or convert Debtor(s)' case; and
    c. provide such other relief as is equitable and just.

Dated: September 17, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
Attorney for Trustee

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
CGA Law Firm, P.C.
135 North George Street
York, PA 17401

Dated: September 17, 2025

/s/ Matthew Harnsberger, Legal Assistant
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee