UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MELISSA MARIE CALDWELL, | : | |
| Debtor(s) | : | CASE NO. 1-24-BK-00927-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, this 18th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with §1307. In support of this Motion, the Trustee states as follows:

1. On April 15, 2024, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2. Debtor has made only one (6) payment since filing. However, sixteen (16) payments have become due since the filing of the case.

3. The payments were made on September 4, 2024, April 3, 2025, September 18, 2025, September 29, 2025, October 1, 2025, and October 21, 2025.

4. The Trustee avers that Debtor's failure to make regular payments in this case has caused an unreasonable delay to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to make regular payments.

/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MELISSA MARIE CALDWELL, | : | |
| Debtor(s) | : | CASE NO. 1-24-BK-00927-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for unreasonable delay to creditors pursuant to §1307.

If you object to the relief requested, you must file your objection/response by January 1, 2026 with the Clerk of Bankruptcy Court Sylvia H. Rambo United States Courthouse, Bankruptcy Courtroom 4B, 4th Floor, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on Jack N. Zaharopoulos, Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036.

A hearing has been scheduled at:

       Sylvia H. Rambo United States Courthouse      Date: January 14, 2026
       Bankruptcy Courtroom 4B, 4th Floor             Time: 9:35 AM
       1501 North 6th Street
       Harrisburg, PA 17102

and will be held regardless of any objections or responses having been filed.

                                                /s/ Douglas R. Roeder, Esquire
                                                Attorney ID: 80016
                                                Attorney for Trustee
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MELISSA MARIE CALDWELL, | : | |
| Debtor(s) | : | CASE NO. 1-24-BK-00927-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 18, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

### SERVED ELECTRONICALLY

UNITED STATES TRUSTEE
501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA   17102

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401-

### SERVED BY FIRST CLASS MAIL

MELISSA MARIE CALDWELL
596 GREEN VALLEY ROAD
YORK, PA 17403

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 18, 2025

/s/   Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MELISSA MARIE CALDWELL, | : | |
| Debtor(s) | : | CASE NO. 1-24-BK-00927-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.