| | | |
|---|---|---|
| IN RE: | : | |
| MELISSA MARIE CALDWELL, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO. 1:24-BK-00927-HWV |
| | : | |
| MELISSA MARIE CALDWELL, | : | |
| Respondent | : | |

## TRUSTEE'S OBJECTION TO SIXTH AMENDED CHAPTER 13 PLAN

AND NOW, this 23rd day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.    Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a.   Insufficient Monthly Net Income as indicated on Schedules I and J.
   b.   The Plan proposes unrealistic and speculative step payments, contrary to § 1325(a)(6).
   c.   The Plan is ambiguous as to the

      i.   Base amount - The total listed for the base amount in the Plan is incorrect.

2.    Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). 2022 Federal Taxes are not filed.


3.    Trustee provides notice to the Court as to the ineffectiveness of Debtor(s)' Chapter 13 Plan for the following reasons:

   a.   The Plan provides no payment in October of 2026 in violation of Section 1325(b)(1)(B).

4.    The Plan attempts to cramdown a governmental lien which may only be done via motion or claim objection pursuant to Rule 3012(c). The Plan states that a government lien will be crammed down by a Motion, but no such Motion has been filed.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/ Douglas R Roeder
      Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 23rd day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee