IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
Melissa Marie Caldwell :
Debtor(s) : Case No. 1:24-bk-00927-HWV
:

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the First fee application filed by

E. Haley Rohrbaugh  , Esquire, counsel for the above Debtor, and upon a review of the record

revealing that Notice was given to all creditors and other parties in interest and no objections

have been received within the twenty-one (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning April 15, 2024

through December 10, 2025 , in the amount of  $ 8746.00  for legal services rendered by said

counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses

incurred from April 15, 2024     through December 10, 2025, in the amount of $802.43    for

a total award of $ 9,802.43  are hereby approved for services rendered and expenses incurred by

CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $313.00    from the Debtor, and $ 0.00     previously

received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay

$ 9,235.43 from the funds that the Trustee has on hand to Debtor's Counsel.

It is further Ordered that although the fees may be approved because counsel for Debtor

has performed the work and the Court is satisfied with the charges approved above, the Chapter

13 Trustee is only required to pay counsel for the Debtor to the extent that the Debtor has made

appropriate payments to the Chapter 13 Trustee which, pursuant to the Plan are allocated to the

payment of counsel fees.