IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                     :
                        :
Melissa M. Caldwell           :       Case No. 1:24-bk-00927
                        :
Debtor                 :

## ORDER APPROVING THE PAYMENT OF COUNSEL FEES
## TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSE

UPON CONSIDERATION OF a review of the First fee application filed by E. Haley Rohrbaugh, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty-one (21) days' notice period, it is hereby ORDERED that counsel fees for the period of time beginning April 24, 2026 through February 9, 2026, in the amount of $6,746.00 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from April 24, 2026 through February 9, 2026, in the amount of $582.25 for a total award of $7,328.25 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $313.00 from the Debtor, and $0.00 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $7,328.25 from the funds that the Trustee has on hand to Debtor's Counsel. It is further

ORDERED that although the fees may be approved because counsel for Debtor has performed the work and the Court is satisfied with the charges approved above, the Chapter 13 Trustee is only required to pay counsel for the Debtor to the extent that the Debtor has made appropriate payments to the Chapter 13 Trustee which, pursuant to the Plan are allocated to the payment of counsel fees.