

**U.S. Department of Justice**

**Office of the United States Trustee**

*Middle District of Pennsylvania*

*Sylvia Rambo U.S. Courthouse*
*1501 N. 6th Street, Box 302*
*Harrisburg, Pennsylvania 17102*
*Phone (717) 221-4515*

April 21, 2026

VIA ECF ONLY

The Honorable Henry Van Eck
United States Bankruptcy Judge
Sylvia Rambo United States Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

  Re: Melissa Marie Caldwell, Chapter 13 Case No.1:24-00927 HWV

Dear Judge Van Eck:

  In advance of the hearing on the United States Trustee's Objection to the First Interim Fee Application of E. Haley Rohrbaugh scheduled for May 5, 2026, please allow this letter to advise the Court that the parties have resolved the objection. The United States Trustee is in agreement with the proposed Order filed on April 20, 2026 at Docket No. 133. Unless the Court requires further hearing, the parties believe the Order may be entered.

        Sincerely,

        Joseph P. Schalk, Esquire
        Acting Asst. U.S. Trustee

cc:  Jack Zaharopoulos, Esquire (Chapter 13 Trustee) (via ECF)