United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Melissa Marie Caldwell

    Debtor

Case No. 24-00927-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Apr 20, 2026

User: AutoDocke

Form ID: pdf010

Page 1 of 3

Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5611969 | + | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |
| 5610307 | + | PENN WASTE, INC., P.O. BOX 3066, 85 BRICKYARD ROAD, YORK, PA 17402-0066 |
| 5610294 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5610311 | + | YORK ADAMS TAX CLAIM BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mcaldwell17403@gmail.com | Apr 20 2026 18:57:00 | Melissa Marie Caldwell, 596 Green Valley Road, York, PA 17403-9518 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2026 18:57:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | + | Email/Text: blegal@phfa.org | Apr 20 2026 18:57:00 | Pennsylvania Housing Finance Agency-Hemap, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5610298 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 19:04:41 | CAPITAL ONE, 4851 COX ROAD, GLEN ALLEN, VA 23060-6293 |
| 5610299 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2026 18:57:00 | CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5610300 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2026 19:04:55 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5610293 | + | Email/Text: hrohrbaugh@cgalaw.com | Apr 20 2026 18:57:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5610301 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 20 2026 19:04:41 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5610295 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2026 18:57:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5621681 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2026 18:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5621680 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2026 18:57:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5610302 | ^ | MEBN | Apr 20 2026 18:53:32 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5617823 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0314-1

Date Rcvd: Apr 20, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 3

Total Noticed: 31

| | | | Apr 20 2026 19:04:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 5610303 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 20 2026 18:57:00 | MET-ED, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5610304 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 20 2026 18:57:00 | MET-ED, 76 S. MAIN STREET, AKRON, OH 44308-1812 |
| 5610305 | | Email/Text: ml-ebn@missionlane.com | Apr 20 2026 18:57:00 | MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 5615859 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 20 2026 18:57:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5623807 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2026 18:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5610306 | | Email/Text: blegal@phfa.org | Apr 20 2026 18:57:00 | PA HOUSING FINANCE AGENCY, PO BOX 15057, HARRISBURG, PA 17105-5057 |
| 5610297 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2026 18:57:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5613459 | + | Email/Text: blegal@phfa.org | Apr 20 2026 18:57:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5610309 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2026 18:57:00 | SELECT PORTFOLIO SERVICING, 10401 DEERWOOD PAR, JACKSONVILLE, FL 32256-0505 |
| 5610308 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2026 18:57:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5610310 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2026 18:57:00 | SELECT PORTFOLIO SERVICING, PO BOX 65450, SALT LAKE CITY, UT 84165-0450 |
| 5626270 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2026 18:57:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5616431 | | Email/Text: EDBKNotices@ecmc.org | Apr 20 2026 18:57:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 5610296 | | Email/Text: kcm@yatb.com | Apr 20 2026 18:57:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5610292 | *+ | MELISSA MARIE CALDWELL, 596 GREEN VALLEY ROAD, YORK, PA 17403-9518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Melissa Marie Caldwell hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor U.S. Bank National Association  as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                    :
MELISSA MARIE CALDWELL                                    :
    Debtor                              :    CHAPTER 13
                                                         :
JACK N. ZAHAROPOULOS                                      :
CHAPTER 13 TRUSTEE                                        :
    Movant                              :    CASE NO: 1:24-bk-00927-HWV
                                                         :
vs.                                                      :
                                                         :
MELISSA MARIE CALDWELL                                    :
    Respondent                          :

## ORDER

Upon consideration of the Trustee's Motion to Dismiss, Doc. 124, and no objections

having been filed, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed.

The Court retains jurisdiction to rule on any timely filed fee application.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 20, 2026